[Civ. No. 650. Fourth Appellate District.—April 15, 1932.]

JULIA SPENCER HUNT, Respondent, v. OLIVIA JOHNSON, Appellant.

Swing & Swing for Appellant.

L. G. Shelton, Hert & Withington and Walter E. Byrne for Respondent.

590

BARNARD, P. J.—Respondent has moved to dismiss this appeal upon the ground that it is taken from an order granting a new trial in an action which was tried by the court without a jury. ■ It appears that the action was tried by the court, without a jury, and that this appeal is from an order granting a new trial. Under the circumstances named, the order in question was not appealable (sec. 963, Code Civ. Proc.).

The appeal is dismissed.

Marks, J., and Jennings, J., concurred.